ORLANDO T. CARPENTER, as Administrator with the Will Annexed of CAROLINE L. CARPENTER, Deceased, Respondent, *v.* THE NEW YORK TRUST COMPANY et al., Defendants, and CHARLES RUSH et al., as Executors of REESE CARPENTER, Deceased, Appellants.

*Carpenter* v. *New York Trust Co.*, 174 App. Div. 378, affirmed.
(Argued October 24, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1916, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The subject-matter of this litigation originally was the claims of the Kensico Cemetery against Caroline L. Carpenter and her husband, Reese Carpenter, and the claims of each and their estates against said cemetery. As two actions then pending between the parties were about to be tried, a compromise of all matters in dispute between Kensico Cemetery and both estates of Caroline L. Carpenter and Reese Carpenter was effected, whereby the Kensico Cemetery deposited to the credit of this action $32,500, received releases from both estates and the actions were discontinued as to it and the New York Trust Company, and the stipulation of settlement pro-

vided that with respect to the ownership of said fund, the two estates litigate that question.

*Michel Kirtland* for appellants.

*James Dunne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur.: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Not sitting: McLAUGHLIN, J.